UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>          v.<br><br>$438,560 IN UNITED STATES CURRENCY,<br>SEIZED FROM 21 WALSH STREET,<br>CHICOPEE, MASSACHUSETTS,<br><br>$3,726 IN UNITED STATES CURRENCY,<br>SEIZED FROM 56 JACKSON STREET,<br>HOLYOKE, MASSACHUSETTS, and<br><br>ONE 2007 ACURA RDX, BEARING VEHICLE<br>IDENTIFICATION NUMBER<br>5J8TB18507A013768 SEIZED FROM 21<br>WALSH STREET, CHICOPEE,<br>MASSACHUSETTS,<br><br>                Defendants. | Civil Action No. 15-14252-ADB |

### SUPPLEMENTAL AFFIDAVIT OF SPECIAL AGENT JOHN L. MCGRATH

I, John L. McGrath, being duly sworn, do hereby depose and state that:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA"), assigned to the Springfield, Massachusetts Resident Office. I have been employed with the DEA for approximately seventeen years and assigned to the Springfield Resident Office since 2006. I am currently assigned to the Springfield DEA Task Force, and my primary mission is the investigation of violations of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.*, including violations of 21 U.S.C. §§ 841, 843, 846, 848, 952, and 963.

2. On December 31, 2015, I submitted an affidavit in support of a Complaint for Forfeiture *in Rem* against the following assets:

      a.    $3,726.00 Unites States currency, seized from 56 Jackson Street, Holyoke, Massachusetts on March 25, 2014;

      b.    $438,560.00 United States currency, seized from 21 Walsh Street, Chicopee, Massachusetts on March 25, 2014; and

      c.    one 2007 Acura RDX, bearing vehicle identification number 5J8TB18507A013768 and Massachusetts registration number 3MVL10, seized from 21 Walsh Street, Chicopee, Massachusetts on March 25, 2014

(collectively, the "Defendant Properties").

3.    As it relates to Paragraph 14 of my affidavit, Gonzalez was sentenced to 270 days (not months) in jail and 36 months of probation.

4.    As it relates to Paragraph 24 of my affidavit, I am submitting this supplemental affidavit to provide additional information regarding the search and seizure warrant that was executed in January 2014.

5.    On January 14, 2014, Investigators initiated a traffic stop while CS1 was driving in Springfield, Massachusetts. CS1 consented to answering the Investigators' questions, and CS1 was asked whether he had any illegal narcotics in his possession. CS1 admitted to possessing three kilograms of cocaine in the trunk of a gray Chrysler 300 that was parked in the garage located at 712 Boston Road, Springfield, Massachusetts. CS1 consented to the search of the vehicle, assisted with unlocking the garage door at 712 Boston Road, Springfield, Massachusetts, and provided a key to the vehicle. Subsequent to a search of the vehicle, Investigators found the three kilograms of cocaine in the trunk of the vehicle. Investigators also told CS1 that they had obtained search warrants for his residence, and upon execution of the search and seizure warrant, Investigators found $20,000 in United States currency at CS1's residence.

Signed under the pain and penalties of perjury, this 7th day of January 2016.

_____
JOHN L. MCGRATH
Special Agent
United States Drug Enforcement Administration